IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSE LORENZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-cv-69-H |
| ) | |
| PRIME COMMUNICATIONS, L.P., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CONSENT ORDER REGARDING SUPPLEMENTAL NOTICE PERIOD

The parties move the Court for entry of this Consent Order.

IT IS HEREBY ORDERED THAT:

1. All putative plaintiffs included on the supplemental list produced by Defendant on May 29, 2014 shall have ninety (90) days to join this collective action from the date notice is mailed to them.

2. As soon as reasonably practicable following the mailing of notice to putative plaintiffs listed on the supplemental list, Plaintiffs shall file a notice of mailing substantially similar to the one filed after the initial May 7, 2014 notice mailing. (*See* Doc. [116]).

3. The claims of all putative plaintiffs listed on the supplemental list shall be tolled from May 7, 2014 until the date notice is mailed to them.

**IT IS SO ORDERED** this 23rd day of June 2014.

_____
Kimberly A. Swank
United States Magistrate Judge