IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-69-H

ROSE LORENZO, on behalf of )
herself and all others )
similarly situated, )
)
    Plaintiff, )
)
v. )
) **ORDER**
PRIME COMMUNICATIONS, L.P., a )
Texas General Partnership, )
)
    Defendant. )

This matter is before the court on plaintiff's motion to toll the statute of limitations. Defendant responded, and plaintiff has replied. On May 8, 2014, United States Magistrate Judge Kimberly A. Swank filed a memorandum and recommendation (M&R) recommending that plaintiff's motion be granted and that the court equitably toll the FLSA limitations period from August 13, 2013, until April 15, 2014. Defendant has not filed any objections, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own; and for the reasons stated therein, the plaintiff's motion to toll the statute of limitations [DE #62] is GRANTED, and the FLSA limitations period is hereby equitably tolled from August 13, 2013, until April 15, 2014.

This 8th day of July 2014.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2