IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:12-cv-00069-H

| | |
|---|---|
| ROSE LORENZO, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME COMMUNICATIONS, L.P., a Texas General Partnership,<br><br>Defendant. | **PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS IN ACCORDANCE WITH RULE 68(a) OFFERS OF JUDGMENT** |

Plaintiffs Keith Archie, Mike Arwine, Jr., Karalena Cook (Missig), James Kyle Goins, James Huebel, Sarah Kerchinski-Hetrick, Lijo Kurian, James Meador, Tyler Missig, Roxanne Montgomery, Guy Rodriguez, Jiwa Saivazali, Victor Smith, Jay Michael Turner, Amanda Webb, Allyn Weimer, Charlotte D. Woodring-Sneddon, Jessica Wynkoop and Cynthia B. Young, the nineteen (19) Plaintiffs on whose behalves judgment as to all asserted FLSA claims has been entered, [Docs 224-242], in accordance with accepted Rule 68 Offers of Judgment [Docs 212 & 212-1], and pursuant to Rule 54 of the Federal Rules of Civil Procedure, move this Court for an award of reasonable attorneys' fees in the amount of $120,215.28 and costs in the amount of $4,664.14 on the grounds set forth in their Memorandum in Support and related documents, filed contemporaneously herewith:

**Dated**: November 9, 2016.    Respectfully submitted,

**Counsel for Keith Archie, Mike Arwine, Jr., Karalena Cook (Missig), James Kyle Goins, James Huebel, Sarah Kerchinski-Hetrick, Lijo**

Kurian, James Meador, Tyler Missig, Roxanne
Montgomery, Guy Rodriguez, Jiwa Saivazali,
Victor Smith, Jay Michael Turner, Amanda
Webb, Allyn Weimer, Charlotte D. Woodring-
Sneddon, Jessica Wynkoop, Cynthia B. Young.

By their Undersigned Attorneys
/s/ Stephen A. Dunn
Stephen A. Dunn
State Bar No. 12389
sdunn@emanuelanddunn.com
Michael Dunn
State Bar No. 47713
EMANUEL & DUNN
Post Office Box 426
Raleigh, North Carolina 27602
(919) 832-0329 (PHONE)
(919) 832-0731 (FAX)

/s/ Harris D. Butler, III
Harris D. Butler, III
VA State Bar No. 26483
harris.butler@butlerroyals.com
Zev H. Antell
Virginia State Bar No. 74634
zev.antell@butlerroyals.com
BUTLER ROYALS, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia 23219
(804) 648-4848 (PHONE)
(804) 648-6814 (FAX)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS IN ACCORDANCE WITH RULE 68(a) OFFERS OF JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> William W. Pollock, Esquire
> John B. Walker, Esquire
> Ragsdale Liggett, PLLC
> Post Office Box 31507
> Raleigh, NC 27622-1507
> bpollock@rl-law.com
> bwalker@rl-law.com

This the 9th day of November, 2016

> /s/ S. Michael Dunn
> S. Michael Dunn
> State Bar No. 47713
> mdunn@emanuelanddunn.com
> EMANUEL & DUNN
> Post Office Box 426
> Raleigh, North Carolina 27602
> (919) 832-0329 (PHONE)
> (919) 832-0731 (FAX)