# EXHIBIT 1

[Deposition of Farid Varani taken 03.09.17 – transcript will be supplemented upon receipt]