UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-69-H-KS

| | |
|---|---|
| ROSE LORENZO and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PRIME COMMUNICATIONS, L.P., )<br>a Texas General Partnership, )<br>)<br>Defendant. ) | **ORDER** |

Following a court-hosted mediated settlement conference with United States Magistrate Judge Robert B. Jones, Jr., on August 7 and 8, 2017, a non-final pretrial conference was held in this matter on August 14, 2017, at which the parties indicated they had reached a preliminary agreement to settle the Fair Labor Standards Act ("FLSA") claims in this matter but needed additional time to finalize the terms of their agreement. On August 29, 2017, the court again conferred with the parties concerning the status of the FLSA settlement and the outstanding related motions.

The parties having since advised the court they are continuing their efforts to finalize the settlement of Plaintiffs' FLSA claims and have agreed to the withdrawal of Plaintiffs' motion for attorneys' fees and costs [DE #247] and Plaintiffs' motion to strike [DE #261] without prejudice to Plaintiffs' right to refile the motions on the terms discussed at the August 29, 2017, pretrial conference;

IT IS, THEREFORE, ORDERED that Plaintiffs' motion for attorneys' fees and costs [DE #247] and motion to strike [DE #261] are hereby DISMISSED WITHOUT PREJUDICE upon consent of the parties. In the event the parties are unable to consummate a settlement of Plaintiffs' FLSA claims and related issues, Plaintiffs may refile the aforesaid motions & supporting memoranda without further briefing by either party.

This 18th day of September 2017.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge