IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-69-H

ROSE LORENZO, on behalf of
herself and all others
similarly situated,

    Plaintiff,

v.

**ORDER**

PRIME COMMUNICATIONS, L.P., a
Texas General Partnership,

    Defendant.

This is an action under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, ("FLSA") and the North Carolina Wage and Hour Act, N.C. Gen. Stat. §§ 95-25.1 *et seq.*, brought by Plaintiff Rose Lorenzo against her former employer, Prime Communications, L.P. The court previously entered orders conditionally certifying Plaintiff's FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b), [DE #74], and certifying a Rule 23 class as to Plaintiff's state-law claims, [DE #94]. Presently before the court is an offer of judgment made to and accepted by one individual, plaintiff Brett Bashore, who has opted-in to the FLSA collective action.

United States Magistrate Judge Kimberly A. Swank filed a memorandum and recommendation ("M&R") on April 26, 2017, [DE #335], recommending this court direct the clerk to enter judgment

as to the accepted offer of judgment. No objections have been filed, and the time for doing so has expired.

Therefore, the court having reviewed the M&R and other pertinent documents of record finds the recommendation of the magistrate judge is in accordance with law and should be approved. Therefore, the court adopts the findings of the M&R as its own and hereby directs the clerk to enter final judgment as to the one accepted offer of judgment addressed by the M&R [DE #254]. The judgment shall be entered as follows:

> IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff [*plaintiff's name*] shall have and recover of Defendant Prime Communications, L.P., judgment in the amount of $[*amount of judgment*], exclusive of costs, on his/her claim under the Fair Labor Standards Act.

Furthermore, the aforesaid plaintiff shall be allowed fourteen (14) days from the entry of judgment to submit a bill of costs pursuant to Rule 54(d)(1) and any post-judgment motions for other costs or expenses pursuant to Rule 54(d)(2).

This 31st day of October 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26