IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-69-H

| | |
|---|---|
| ROSE LORENZO,<br><br>    Plaintiff,<br><br>v.<br><br>PRIME COMMUNICATIONS, L.P.,<br><br>    Defendant. | **PETITION FOR ATTORNEY'S FEES AND COSTS IN ACCORDANCE WITH SETTLEMENT OF REMAINING FLSA CLAIMS [DE 474]** |

  Plaintiffs, participants in the Settlement Agreement of the Remaining FLSA Claims approved by the Court on February 14, 2018, [DE 474], and pursuant to that settlement and the Court's Order, hereby moves the Court for an award of reasonable attorney's fees in the amount of $979,256.29 and costs in the amount of $34,968.60 on the grounds set forth in Plaintiffs Memorandum in Support and related documents, filed contemporaneously herewith.

  This 22nd day of March, 2018.

                     **Counsel for Plaintiffs**

                     /s/ Stephen A. Dunn
                     Stephen A. Dunn NC State Bar No. 12389
                     sdunn@emanuelanddunn.com
                     S. Michael Dunn NC State Bar No. 47713
                     mdunn@emanuelanddunn.com
                     Raleigh, North Carolina 27602
                     EMANUEL & DUNN
                     Post Office Box 31507
                     (919) 832-0329 (PHONE)
                     (919) 832-6731 (FAX)

                     /s/ Harris D. Butler, III
                     Harris D. Butler, III Virginia State Bar No. 26483
                     Zev H. Antell Virginia State Bar No. 74634

harris.butler@butlerroyals.com
zev.antell@butlerroyals.com
BUTLER ROYALS, PLC
140 Virginia Street, Ste. 302
Richmond, Virginia  23219
(804) 648-4848 (PHONE)
(804) 237-0413 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PETITION FOR ATTORNEY'S FEES AND COSTS IN ACCORDANCE WITH SETTLEMENT OF REMAINING FLSA CLAIMS with the Court's CM/ECF system, which will send notification electronically to the following counsel of record:

>Avery A. Simmons, Esq.
>Amy E. Puckett, Esq.
>John Smith T, Esq.
>Matt Miller, Esq.
>Bradley Arant Boult Cummings LLP
>214 North Tryon Street
>Suite 3700
>Charlotte, NC 28202

This 22nd day of March, 2018

>/s/ S. Michael Dunn
>S. Michael Dunn NC State Bar No. 47713
>mdunn@emanuelanddunn.com
>EMANUEL & DUNN
>Post Office Box 426
>Raleigh, North Carolina 27602
>(919) 832-0329 (PHONE)
>(919) 832-6731 (FAX)

3

Case 5:12-cv-00069-H-KS   Document 482   Filed 03/22/18   Page 3 of 3