IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-69-H-KS

| | |
|---|---|
| ROSE LORENZO, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| PRIME COMMUNICATIONS, L.P., a Texas General Partnership, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the court on Defendant's motion to seal Exhibits A-D of its Memorandum in Opposition to Plaintiffs' Petition for Attorney Fees and Costs, which exhibits reflect settlement negotiations between the parties. Plaintiffs responded in opposition and moved to strike Defendants' memorandum and exhibits. In its September 28, 2018, order disposing of Plaintiffs' various motions for attorneys' fees, the court "consider[ed] the parties' efforts to resolve this matter through private mediation and court-hosted settlement conferences with this court and the Fourth Circuit, but decline[d] to consider the specific details of any statements or offers made in the parties' settlement communications." [DE #511]. Consequently, the court granted in part and denied in part Plaintiffs' motion to strike. Exhibits A-D detail settlement negotiations which the court declined to consider. Accordingly, the court ORDERS that these exhibits [DE #488] be STRICKEN and Defendant's motion to seal [DE #489] be DISMISSED AS MOOT.

This 11th day of March 2019.

                                                KIMBERLY A. SWANK
                                                United States Magistrate Judge