IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-69-H-KS

| | |
|---|---|
| ROSE LORENZO, on behalf of herself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| PRIME COMMUNICATIONS, L.P., a Texas General Partnership, ) ) ) | |
| Defendant. ) | |

A telephonic, non-final, pretrial conference was held in this matter on July 8, 2019, concerning Defendant's notice of settlement and request to stay all deadlines and terminate the jury trial scheduled for September 16, 2019. Counsel advised the court that an agreement was reached through mediation and they intend to file a joint motion for preliminary approval of their proposed settlement no later than July 24, 2019.

Accordingly, the court hereby STAYS all pretrial deadlines in this matter until **July 24, 2019**, and directs the parties to confer regarding settlement procedures, including a proposed timeline for notice, objections, and a fairness hearing. Defendant's motion to stay deadlines [DE #570] is otherwise denied.

This 8th day of July 2019.

KIMBERLY A. SWANK
United States Magistrate Judge