IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-69-H

ROSE LORENZO, on behalf of )
herself and all others )
similarly situated, )
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
　　　v. )　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　)
PRIME COMMUNICATIONS, L.P., a )
Texas General Partnership, )
　　　　　　　　　　　　　　　　　　)
　　　Defendant. )

This is an action under the North Carolina Wage and Hour Act, N.C. Gen. Stat. §§ 95-25.1 *et seq.*, brought by Plaintiff Rose Lorenzo against her former employer, Prime Communications, L.P. Presently before the court is a motion for final approval of the parties' settlement [DE #584] pursuant to the terms of the Class Action Settlement Stipulation and Agreement dated July 19, 2019 [DE #578-1], as amended [DE #580]. Also before the court is a motion for attorney fees [DE #582].

Following a final fairness hearing held January 14, 2020, United States Magistrate Judge Kimberly A. Swank filed a memorandum and recommendation ("M&R") on January 21, 2020 [DE #588], recommending this court grant plaintiff's motions and enter an order approving the settlement. No objections have been filed, and the time for doing so has expired.

Therefore, the court having reviewed the M&R and other pertinent documents of record finds the recommendation of the magistrate judge is in accordance with law and should be approved. Therefore, the court adopts the findings of the M&R as its own, grants the parties' motions [DE #582 and #584] and will forthwith enter the Final Order and Judgment. Following entry of the Final Order and Judgment, the clerk is directed to close this case.

This 6th day of February 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26